O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5819 AHM (FMOx) | Date | December 29, 2008 |
|---|---|---|---|
| Title | RICHARD DUPLESSE, *et al.* v. COUNTY OF LOS ANGELES, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

   Defendant County of Los Angeles did not file a motion to compel arbitration by the deadline of December 22, 2008.  Accordingly, the Court will hold a scheduling conference on February 2, 2009 at 1:30 p.m. in the usual fashion.

   No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                             :
                                            Initials of Preparer          SMO