JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DUPLESSE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES,<br><br>    Defendants. | Case No. CV08-5819-AHM (FMOx)<br><br>Assigned for all purposes to A. Howard Matz<br><br>**JUDGMENT**<br><br><br>Honorable A. Howard Matz |

On September 5, 2008, Plaintiffs Richard Duplesse ("Duplesse") and Tom Fahrny ("Fahrny") filed, as a collective action on behalf of themselves and all others similarly situated, a Complaint for Damages and Declaratory Relief "Complaint" pursuant to the Fair Labor Standards Act ("FLSA") against the County of Los Angeles ("County").

On May 12, 2009, the Court conditionally certified an FLSA conditional collective action under 29 U.S.C. § 216(b) on behalf of all persons employed by the County as Item 0199 56-hour Fire Fighters who were assigned to (1) a post paramedic position, (2) the Hazardous Materials Task Force, or (3) an Urban Search and Rescue position for at least 30 consecutive calendar days during the period of September 9, 2005 to May 12, 2009. (Docket No. 26.) On October 15, 2009, Consent to Join forms for 82 employees, including Duplesse and Fahrny, were filed. (Docket No. 26).

On December 14, 2009, the County filed a Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. (Docket No. 39.) The matter was heard on May 3, 2010. On May 18, 2010, the Court issued an Order Granting Defendant's Motion for Summary Judgment. (Docket No. 74.) The Court's May 18, 2010 Order disposes of Plaintiffs' claims in their entirety.

///
///
///

THEREFORE, IT IS HEREBY ORDERED THAT FINAL JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT COUNTY OF LOS ANGELES.  It is further ORDERED that Plaintiffs' Complaint is DISMISSED IN ITS ENTIRETY, WITH PREJUDICE.

**FINAL JUDGMENT IS HEREBY ENTERED.**

Dated: June 04, 2010

**JS-6**

by: _____
Honorable A. Howard Matz
United States District Judge

LAI-3096096v1